# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

**UNITED STATES OF AMERICA**      :
                                  :
              **v.**              :      **CRIMINAL NO. 7:11-CR-44 (HL)**
                                  :
**SILVANO LOREDO MARTINEZ**       :
_____ :

## CONSENT ORDER FOR CONTINUANCE

The Defendant in the above-styled case was indicted on September 14, 2011, and had his initial appearance and arraignment on October 4, 2011.

In this case, the parties have represented to the Court that they need a continuance to adequately explore plea negotiations and to review and obtain additional evidence to allow additional time for defense counsel to conduct a meaningful opportunity to review discovery and confer with his client. The parties are, therefore, requesting additional time to perform these tasks in preparation for trial.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the Valdosta January 2012 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. §. 3161(c)(1) be extended to that time.

It is the Court's finding that the ends of justice [18 U.S.C. §. 3161(h)(7)(A)] served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. §. 3161(h)(7)(B)(i)]; and the failure to grant such continuance would deny counsel for the Defendant and the Government the

reasonable time necessary for effective preparation, taking into account the exercise of

due diligence [18 U.S.C. § 3161 (h)(7)(B)(iv)].

SO ORDERED, this 3rd day of November, 2011.


_**s/Hugh Lawson**_
HONORABLE HUGH LAWSON
JUDGE, UNITED STATES DISTRICT COURT


Presented By:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

s/ MICHAEL T. SOLIS
Georgia Bar No. 666480
Assistant United States Attorney
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Email: mike.solis@usdoj.gov